IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED R. RICHARDS, et al.<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ALABAMA, et al. | Case No. 2:12-cv-01133 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Fred R. Richards and Richards and Sons Construction Company, Inc. hereby voluntarily dismiss their claims against Defendants, Blue Cross and Blue Shield of Alabama and Blue Cross Blue Shield Association, without prejudice.

Respectfully submitted,

/s/ Charles M. Thompson
Charles M. Thompson
CHARLES M. THOMPSON PC
1401 Doug Baker Boulevard
Suite 107-121
Birmingham, AL 35242
Tel: (205) 995-0068
Fax: (205) 995-0078
CMTLAW@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal without Prejudice was served by ECF, this the 27th day of September, 2013, upon counsel of record.

/s/ Charles M. Thompson
Charles M. Thompson