FILED
2013 Sep-27  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRED R. RICHARDS, et al.,** | } |
| | } |
| Plaintiffs, | } |
| | } |
| v. | }   Case No. 2:12-CV-01133-RDP |
| | } |
| **BLUE CROSS AND BLUE SHIELD** | } |
| **OF ALABAMA, et al,** | } |
| | } |
| Defendants. | } |

## ORDER OF DISMISSAL

This case is before the court on the Notice of Voluntary Dismissal Without Prejudice (Doc. # 210), filed by Plaintiffs Fred R. Richards and Richards and Sons Construction Company, Inc. Upon consideration of the matters presented in the Notice, and for good cause shown, the court hereby **ORDERS** that the claims of Plaintiffs Fred R. Richards and Richards and Sons Construction Company, Inc. in this action against Defendants shall be, and are, **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this      27th      day of September, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE